# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Poynter Sheet Metal, Inc. | 11/30/2022 | Wire | $ 2,978.00 |
| Akorn Operating Company, LLC | Poynter Sheet Metal, Inc. | 12/9/2022 | Wire | $ 5,696.00 |
| Akorn Operating Company, LLC | Poynter Sheet Metal, Inc. | 1/27/2023 | Wire | $ 29,321.00 |
| Akorn Operating Company, LLC | Poynter Sheet Metal, Inc. | 2/1/2023 | Wire | $ 12,963.00 |
| Akorn Operating Company, LLC | Poynter Sheet Metal, Inc. | 2/14/2023 | Wire | $ 3,864.00 |
| | | | | $ 54,822.00 |